GABRIEL ABRAHAM, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application for a Construction of the Last Will and Testament of MARY DEVANEY, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Mortgage or Deed of Trust, etc., Made by RIVERSIDE VIADUCT REALTY COMPANY, Respondent, v. RIVERSIDE VIADUCT REALTY COMPANY and Others, Defendants, Impleaded with BUTLER HALL CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DULCENIA PROCTOR, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNA BARTELS, Respondent, v. KEYSTONE TRANSPORTATION Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HANNA WERTHEIM, on Behalf of Herself and All Other Creditors Similarly Situated, of the ROMANO ANTIQUE SHOPPE, INC., Respondent, v. ESTELLE HALL SILO, as Executrix, etc., of JAMES P. SILO, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE, on the Complaint of CATHERINE CASAZZA, Appellant, v. RICHARD BIGGIO, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LONDON SHOE Co., INC., Respondent, Appellant, v. MORRIS GOLDMAN, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., taking no part.

THOMAS H. BARBER and Another, Individually and as Successor Trustees, etc., of THOMAS H. BARBER, Deceased, Respondents, v. SOPHIA ZIMMERMANN and QUINQUAY CORPORATION, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HOPWOOD PLAYS, INC., Appellant, v. COLLIN KEMPER, as Surviving Partner of LINCOLN A. WAGENHALS and COLLIN KEMPER, Copartners, etc., and Others, Respondents.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of WILLIAM OGDEN GREEN and Others, as Surviving Trustees, etc., of ANDREW HASWELL GREEN, Deceased.†— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [146 Misc. 530.]

---

\* Revd., 263 N. Y. 380.                    † Affd., 263 N. Y. 575.